**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FARKAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UBS FINANCIAL SERVICES INC., a Delaware Corporation; TODD LOCICERO, an individual; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:19-cv-10320-ODW(JC)<br><br>**ORDER STIPULATION TO REMAND REMOVED ACTION** |

# ORDER

On February 19. 2020, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. The Court **REMANDS** this action to the Superior Court for the State of California, County of Los Angeles, Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, California 90012, 19STCV41046; and

3. The Clerk of the Court shall close this case

**IT IS SO ORDERED**.

Dated: February 18, 2020

_____
Otis D. Wright, II
United States District Judge